UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOGAN MILLS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-418** |
| **JAMES LEBLANC, SECRETARY,** <br> **LOUISIANA DEPT. OF CORRECTIONS,** <br> **ET AL.** | **SECTION "A" (2)** |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that Logan Mills' Motion for Preliminary Injunction (ECF No. 3) is **DENIED**.

**IT IS FURTHER ORDERED** that Mills' 42 U.S.C. § 1983 claims against defendants, Secretary James LeBlanc in his official capacity and Warden Robert Tanner, Captain Ernestine Smith, Lisa Jenkins, and Cynthia Crain, each in their individual capacity, are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915 and § 1915A as frivolous and otherwise for failure to state a claim for which relief can be granted.

August 11, 2021

_____
UNITED STATES DISTRICT JUDGE